**Orlando BROWN, Plaintiff–Appellant,**

**v.**

**RICHLAND COUNTY SHERIFF'S DEPARTMENT, Defendant–Appellee.**

**No. 13–2224.**

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 23, 2014.

Decided: Jan. 27, 2014.

Orlando Brown, Appellant Pro Se. Robert David Garfield, Andrew Lindemann, Davidson & Lindemann, PA, Columbia, South Carolina, for Appellee.

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Orlando Brown appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brown v. Richland Cnty. Sheriff's Dep't,* No. 3:12–cv–03062–MBS, 2013 WL 5231492 (D.S.C. Sept. 13, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*